UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADLEY, | No. 2:13-cv-2201-EFB P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

William Bradley is a state prisoner proceeding without counsel. He has filed a motion for a temporary restraining order and/or a preliminary injunction. ECF No. 1. He has not, however, properly commenced a civil action.

A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. A complaint must contain a short and plain statement of the plaintiff's claim, showing that he is entitled to relief. Fed. R. Civ. P. 8. It must also contain a caption including the names of all defendants. Fed. R. Civ. P. 10(a). Mr. Bradley may draft his claims on the form complaint used by this court.

In addition, a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed

1

1   under paragraph (1), shall submit a certified copy of the trust fund account statement (or
2   institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing
3   of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner
4   is or was confined."   To proceed with a civil action, Mr. Bradley must either pay the filing fee or
5   comply with the requirements set forth in the in forma pauperis statute.

6         Until Mr. Bradley submits a complaint and either pays the filing fee or meets the
7   requirements of 28 U.S.C. § 1915(a), there simply is no case before the court.

8         Accordingly, it hereby is ORDERED that:

9         1.  The Clerk of the Court shall send to Mr. Bradley the form complaint and application
10  for leave to proceed in forma pauperis used in this court.

11        2. Within 30 days of the date of this order, Mr. Bradley shall either pay the $400 filing fee
12  or submit a complete application for leave to proceed in forma pauperis.

13        3.  Within 30 days of the date of this order, Mr. Bradley shall submit a complaint stating
14  the nature of the action and his belief that he is entitled to redress.  Failure to comply with this
15  order may result in dismissal.

16  DATED:  October 23, 2013.

17        EDMUND F. BRENNAN
      UNITED STATES MAGISTRATE JUDGE